UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGAN TIRE OF SACRAMENTO, INC, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE GOODYEAR TIRE & RUBBER COMPANY, an Ohio Corporation; WINGFOOT COMMERCIAL TIRE SYSTEMS, LLC, an Ohio limited liability company; and DOES 1 through 10,<br><br>Defendants. | No. 2:15-CV-00133-KJM-AC<br><br><br><br>ORDER |

By previous order, the court stayed this case pending the Ninth Circuit's review of Morgan Tire of Sacramento's petition for writ of mandamus. ECF No. 39. On July 28, 2015, the Ninth Circuit issued an order denying the petition. ECF No. 41.

The stay is LIFTED. The clerk's office is directed to TRANSFER this case to the United States District Court for the Northern District of Ohio.

IT IS SO ORDERED.

DATED: October 14, 2015.

_____
UNITED STATES DISTRICT JUDGE

1